FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
09/08/2022
JEFFREY P. COLWELL, CLERK

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Colorado

USA
_Plaintiff_

v.

Christopher Cordova
_Defendant_

Case No. E1280552
E1280555

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Christopher Cordoza

Date: 9/8/22

_Attorney's signature_

Edward Schwab, 47897
_Printed name and bar number_

2401 S. Downing St. Denver CO 80210
_Address_

mib@ascendcounsel.co
_E-mail address_

(303) 888-4407
_Telephone number_

_FAX number_