**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
11/10/2022
**JEFFREY P. COLWELL, CLERK**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case / Violation No. 22-po-07015-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER J. CORDOVA,

    Defendant.

---

**INFORMATION**

---

The United States Attorney charges:

### COUNT 1

On or about August 2, 2022, at or about 3:10 p.m., in the State and District of Colorado, CHRISTOPHER J. CORDOVA, the defendant herein, was in and on Federal property and did fail to comply with official signs of a prohibitory, regulatory, and directory nature and with the lawful direction of Federal police officers and other authorized individuals.

    All in violation of 41 C.F.R. § 102-74.385.

## COUNT 2

On or about August 2, 2022, at or about 3:10 p.m., in the State and District of Colorado, CHRISTOPHER J. CORDOVA, the defendant herein, did enter in and on Federal property and did unlawfully take photographs, including video, (a) in violation of security regulations, rules, orders, and directives, and (b) of space occupied by a tenant agency, for non-commercial purposes, without the permission of the occupying agency.

All in violation of 41 C.F.R. § 102-74.420.


Dated: November 10, 2022


COLE FINEGAN
United States Attorney

By:   Craig Fansler
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
Email: Craig.Fansler2@usdoj.gov
Attorney for the United States