DEFENDANT        Christopher Cordova

YOB:             1980

ADDRESS:         ███████████████████ Denver, CO 80236

COMPLAINT FILED?        _____ YES   X   NO

IF YES, PROVIDE MAGISTRATE CASE NUMBER:
IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   No

OFFENSES:
1. 41 CFR § 102-74.420 - What is the policy concerning photographs for news, advertising or commercial purposes?
2. 41 CFR § 102-74.385 - What is the policy concerning conformity with official signs and directions?

LOCATION OF OFFENSE: Arapahoe County, CO

PENALTY: Imprisonment NMT 30 days (Class C Misdemeanor), Fine NMT $5000, Or Both; Mandatory Special Assessment of $5

AGENT: Inspector Ramos, Department of Homeland Security, Federal Protective Service

AUTHORIZED BY: Craig Fansler

ESTIMATED TIME OF TRIAL:

   X   five days or less       _____ over five days       _____ other

THE GOVERNMENT
                _____ will seek detention in this case
                  X   will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

The Government will / will not seek detention in this case.
Class  C  Misdemeanor:
   Right to **jury** trial?   No
   **Waiver** to proceed before Magistrate Judge necessary?   No