# Exhibit 1

Case No. 22024768 D

Federal Protective Service-DHS

**NAME (Last, First, Middle Initial)**
Chavez Marcos

**Person Making Statement:** SECURITY GUARD   OFFICER   WITNESS   SUSPECT

**Residence Street Address:** | **City:** | **County:** | **State:** | **Zip Code:**

**Residence Phone Number:** ( )  |  **Business Phone Number:** ( ) ext.  |  **Date of Birth:**  |  **Place of Birth:**

**Business Street Address:** 8000 SouthPark LN.  |  **City:** Littleton  |  **County:**  |  **State:** CO  |  **Zip Code:** 80120

**Driver License Number:**  |  **State:**  |  **Passport Number:**

**State ID Number:**

**Officer/Inspector/Special Agent Taking Statement:** Chavez, Marcos  |  **Badge #:**  |  **Location where statement taken:** Lobby

**Concerning an incident occurring at:** Littleton Social Security

## STATEMENT

**Statement:**

At 1134 7-2-22 IPSO Chavez noticed a man & female on the sidewalk walking to our Littleton social security main entrance. I notified PSO Williams that they were 1st amendment auditors. I approached them, and told them they could record and take pictures outsid, but "could not enter the waiting area, as people had personal information like social security numbers in the open. I went back inside to notify the social security manager that the 1st amendment people were at our location. As I returned to the main entrance PSO Williams was preventing the auditor from entering the waiting area at 1200. As I went to assist PSO Williams in the breezeway with open hand tried to escort out the male out and yelling him he could not record inside due to people personal information. At this point I called Littleton PD that we needed their assistance, and also called mesa center that needed their assistance also. Littleton PD showed up at 1211 and ask me what the situation I also explained, 1st amendment people here & why they were not allowed to record in SSA lobby. "LPD case LPD 202203210". LPD spoke to their supervisor and advised me to explain the policy again while they were

Page 1 of 2 Pages

Form Number:

INV_00000010

Case No. 2202476 8 D

**Statement of:**

**Continued:**

watching. 1230 I went outside with Printed & Highlighted Title 41, CFR Part 102-74, subpart C and explain and let them record the document. They still did not want to leave after I explained. 1256 FPS on site to Evalute what was going. 1355 A 3ed Auditor on site to record being more Aggressive verbally with FPS & PSO's. At Ruffle 1400 A mother with Her teenAge daughter And child entered to Handle SSA business stated "Uncomfortable with 1st Amendment Filming and especially while entering her daughters social security information. 1500 the group can be heard saying He was going to enter the waiting area while Recording to see if He would be Arrested. He was Arrested & cited trespessing, Released At 1540. At 1555 All the Auditor's existed the building.

I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked.

Date: 8 / 2 / 22

Time Statement Completed: 2000 PM

Signature of Person Making Statement

Printed Name of Witness to Statement

Signature of Witness to Statement

Page 2 of 2 Pages

Form Number:

INV_00000011