**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO.:  22-po-07015-MEH

CASE CAPTION:  United States v. Christopher J. Cordova

EXHIBIT LIST OF: United States of America

| EXHIBIT | WITNESS | DESCRIPTION | Stip. | Offer | Rec'd | Refused | Ruling Reserved | Comments/ Information |
|---|---|---|---|---|---|---|---|---|
| 1 | Ramos, Whiles | YouTube Video (Cordova) | X | | | | | |
| 2 | Ramos, Whiles | YouTube Video with Live Chat Replay (Cordova) | | | | | | |
| 3 | Ramos, Whiles | Photographs of Social Security Office | | | | | | |
| 4 | Ramos, Whiles | YouTube Video (Sweet T) | | | | | | |
| 5 | Ramos, Whiles | GSA Lease | | | | | | |
| 6 | Ramos, Whiles | October 6, 2021 Social Security email | | | | | | |
| 7 | Ramos, Whiles | Printouts from Social Security Signage Resource Center Intranet Webpage | | | | | | |

| EXHIBIT | WITNESS | DESCRIPTION | Stip. | Offer | Rec'd | Refused | Ruling Reserved | Comments/ Information |
|---|---|---|---|---|---|---|---|---|
| 8 | Ramos, Whiles | Screenshots from Exhibits 1 and 4 | | | | | | |
| 9 | Ramos, Whiles | Screenshots from Exhibits 1 and 4 | | | | | | |
| 10 | Ramos, Whiles | Google Customer Info for Denver Metro Audits User Account | | | | | | |
| 11 | Ramos, Whiles | Cell Phone Seized from Cordova | | | | | | |
| 12 | Ramos, Whiles | Officer Incident Reports | | | | | | |
| 13 | Ramos, Whiles | Violation Notices | | | | | | |
| 14 | Ramos, Whiles | 41 CFR pt. 102-74 | | | | | | |
| | | | | | | | | |