IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE MICHAEL E. HEGARTY

Case No. 22-po-07015-MEH                                   Date: March 16, 2023
Case Title: United States v. Christopher J. Cordova

**GOVERNMENT WITNESS LIST**

| WITNESS | TIME ESTIMATED FOR EXAMINATION | |
| --- | --- | --- |
| | Direct | Cross |
| 1. Federal Protective Service Inspector Oscar Ramos | 30 minutes | 15 minutes |
| 2. Federal Protective Service Commander Douglas Whiles | 1 hour | 30 minutes |