IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 22-po-7015-MEH | Date: | March 16, 2023 |
| Courtroom Deputy: | Leigh Roberson | FTR: | A 501 |

*Parties:*                                                                                                          *Counsel:*

USA,                                                                                                                  Craig Fansler
                                                                                                                              Thomas Minser
    Plaintiff,

v.

CHRISTOPHER J. CORDOVA,                                                                        Edward Schwab

    Defendant.

**COURTROOM MINUTES**
**BENCH TRIAL DAY 1**

**Court in session:**     9:02 a.m.

Court calls case.   Appearances of counsel.

Opening statement for the government by Mr. Fansler.

**ORDERED:**   At the request of the parties and pursuant to Federal Rule of Evidence 615, any witness who may testify during this trial is excluded from the courtroom.

Defendant reserves opening statement.

Government's witness Commander Douglas Whiles, DHS, called and sworn.

Direct examination of Commander Whiles by Mr. Fansler.

**Exhibits admitted:** Government's Exhibits 1, 4, 3, 8, 9, 14

Cross-examination of Commander Whiles by Mr. Schwab.

Government rests.

Defendant moves to admit Exhibit 12, pages 1 through 6, in lieu of testimony.

**Exhibit admitted:**   Government's Exhibit 12, pages 1 through 6 only

**Court in recess:**       **10:26 a.m.**
**Court in session:**      **10:38 a.m.**

Defendant moves orally for judgment of acquittal pursuant to Fed.R.Cr.P. 29(a) as to both counts.

Argument.

**ORDERED:**  Defendant's oral motion for judgment of acquittal pursuant to Fed.R.Cr.P. 29(a) is taken under advisement.

Defendant, Christopher Cordova, called and sworn.

Court advises defendant as to his rights under the Fifth Amendment. Defendant waives his right to remain silent.

Direct examination of Mr. Cordova by Mr. Schwab.

Cross-examination of Mr. Cordova by Mr. Fansler.

Redirect examination of Mr. Cordova by Mr. Schwab.

Defendant rests.

Closing argument for the government by Mr. Fansler.

Closing argument for the defendant by Mr. Schwab.

Rebuttal closing argument for the government by Mr. Fansler.

**ORDERED:**  The Court takes this matter under advisement and will issue a written ruling as soon as practicable.

**Court in recess:**       **11:48 a.m.**           Trial concluded.
Total in-court time:    2:34

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.