IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER J. CORDOVA,<br><br>Defendant. | Criminal No. 22-PO-07015-MEH |

GOVERNMENT'S STATUS REPORT

On March 20, 2023, the Court directed the parties to confer and jointly contact chambers to request a sentencing date. The parties have since consulted on the below topics but have been unable to agree on a sentencing schedule or hearing date:

1. The government requests that the Court order the Probation Office to prepare a pre-sentence criminal history report. The defendant has had multiple arrests before and after the instant offenses that are difficult to evaluate without additional facts and context. Such a report will inform the court of this context and help in evaluating the type and length of sentence needed to accomplish the purposes of sentencing.

2. The government anticipates filing a sentencing statement after the filing of a pre-sentence criminal history report, no later than 14 days prior to the date of the sentencing hearing. The government further anticipates that it will introduce evidence during the sentencing hearing.

3. On April 6 and 17, 2023, the government proposed potential dates when government counsel is available for a sentencing hearing, including July 10-14, 17-21,

1

24, and 26-28. The defendant has not indicated availability on any of those dates or proposed alternate dates.

Respectfully submitted this 18th day of April, 2023.

        COLE FINEGAN
        United States Attorney

        By: *s/ Craig Fansler*
        Craig Fansler
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California St. Suite 1600
        Denver, CO 80202
        (303) 454-0100
        Craig.Fansler2@usdoj.gov
        Attorney for the Government

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which system automatically provides a copy to defense counsel of record.

*s/ Breanna McCall*
Breanna McCall
Legal Assistant
U.S. Attorney's Office