IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-po-07015-MEH

USA;

    Plaintiff,

v.

CHRISTOPHER CORDOVA

    Defendant.

---

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

---

Defendant, Christopher Cordova, by and through undersigned counsel, respectfully moves the court to continue the Sentencing Hearing currently scheduled for July 28, 2023 at 10:00 a.m. and in support thereof provides as follows:

1. This Court scheduled the Sentencing Hearing for July 28, 2023 at 10:00 a.m. on April 18, 2023. ECF No. 18.

2. Counsel for Defendant is in a two-week jury trial in Judge Jackson's chambers, begining on July 24, 2023. Accordingly, undersigned will be unavailable for a hearing on July 28.

3. Undersigned counsel has conferred with the District Attorney in this case who has indicated that the United States does not oppose the relief requested herein.

WHEREFORE, Defendant Christopher Cordova respectfully requests that this Court continue the Scheduling Hearing set for July 28, 2023.

Respectfully submitted this 21st day of April, 2023.

/s/ Edward Milo Schwab
Edward Milo Schwab, #47897
Ascend Counsel, LLC
2401 S. Downing Street
Denver, CO 80210
(303) 888-4407
milo@ascendcounsel.co

*Counsel for Defendant*