EXHIBIT PLACEHOLDER

EXHIBIT 1

YOUTUBE VIDEO

INV_00000095