# EXHIBIT 2









YouTube

Sign in

Home
Shorts
Subscriptions

Library
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore

Shopping
Music
Movies & TV
Live
Gaming
News
Sports
Learning
Fashion & Beauty
Podcasts

Browse channels

More from YouTube

YouTube Premium
YouTube Music
YouTube Kids
YouTube TV

Settings
Report history
Help
Send feedback

About Press Copyright
Contact us Creators
Advertise Developers

City council member RUNS DOWN SweeT T!!!
2.2K views

City council member GETS IN BIG SIS'S FACE!!!
5.7K views

REFUSING SERVICE TO THE PUBLIC!!!
3.8K views

UNLAWFUL DIRECTIVES DECLINED!!!
6.9K views

## Denver Metro Audits

@DenverMetroAudits
74.5K subscribers 291 videos

If you don't know your rights, you d...

SHORTS LIVE PLAYLISTS COMMUNITY STORE CHANNELS ABOUT

YouTube

Sign in

- Home
- Shorts
- Subscriptions
- Library
- History

Sign in to like videos, comment, and subscribe.

Sign in

Explore

- Shopping
- Music
- Movies & TV
- Live
- Gaming
- News
- Sports
- Learning
- Fashion & Beauty
- Podcasts
- Browse channels

More from YouTube

- YouTube Premium
- YouTube Music
- YouTube Kids
- YouTube TV
- Settings
- Report history
- Help
- Send feedback

143K views | 5.8K views | 6.9K views

Giving cops the same directives they give us... ON...
7K views

COP STICKS HIS NOSE WHERE IT DOESN'T BELON...
19K views

COP CHOKES OUT WOMEN!!!
9.6K views

SPEED TRAP LADY SENT PACKING!!!
4.6K views

Women says BLM can loot because the stores have...
7.7K views

"You have to leave!"
82K views

MASS ARREST!!!
7.4K views

DMA CREW ARRESTED!!!
5.1K views

Denver Metro Audits
@DenverMetroAudits
74.5K subscribers 291 videos

If you don't know your rights, you d...

SHORTS LIVE PLAYLISTS COMMUNITY STORE CHANNELS ABOUT

OATH VIOLATERS EXPOSED!!!
13K views

OATH BREAKING TYRANTS CALLED OUT!!!
17K views

SNOWFLAKES GALORE at the DMV!!!
14K views

LAWLESS CITY COUNCIL CALLED OUT!!!
16K views

About Press Copyright
Contact us Creators
Advertise Developers

Sign in

Home
Shorts
Subscriptions

Library
History

Sign in to like videos, comment, and subscribe.

 Sign in

Explore

Shopping
Music
Movies & TV
Live
Gaming
News
Sports
Learning
Fashion & Beauty
Podcasts

Browse channels

More from YouTube

YouTube Premium
YouTube Music
YouTube Kids
YouTube TV

Settings
Report history
Help
Send feedback

About   Press   Copyright
Contact us   Creators
Advertise   Developers


'THIS IS FEDERAL PROPERTY"
66K views

AFA wins battle of wits again!!! LOL
11K views


COP DEFENDS LAWLESS CITY ATTORNEY AND GETS…
82K views


COPS DISMISSED!!!
1.5M views


MAD CHAD!!! If "you're fired!" was a person…
25K views


LADY GOES HANDS ON IN POST OFFICE!!!
50K views


BIG SIS TEARS COP A NEW ONE!!!
22K views


CROOKED COP CALLED OUT FOR TARGETING THE…
20K views



Denver Metro Audits
@DenverMetroAudits
74.5K subscribers   291 videos

If you don't know your rights, you d…

SHORTS   LIVE   PLAYLISTS   COMMUNITY   STORE   CHANNELS   ABOUT


LADY GOES HANDS ON OVER A CAMERA!!!
68K views


LADY SENDS COP PACKING!!!
1.8M views


BIG SISTER GOES TO JAIL FOR STANDING UP FOR…
11K views


SUPER HERO SECURITY GETS ONE INCH FROM ME!!!
26K views












YouTube

Sign in

- Home
- Shorts
- Subscriptions

- Library
- History

Sign in to like videos, comment, and subscribe.

Sign in

Explore

- Shopping
- Music
- Movies & TV
- Live
- Gaming
- News
- Sports
- Learning
- Fashion & Beauty
- Podcasts

- Browse channels

More from YouTube

- YouTube Premium
- YouTube Music
- YouTube Kids
- YouTube TV

- Settings
- Report history
- Help
- Send feedback

About Press Copyright
Contact us Creators
Advertise Developers

PUT IN HANDCUFFS!!! for being a FREE AMERICAN!!!
16K views

PUT IN HANDCUFFS!!! For being a FREE AMERICAN!!!
9.4K views

KARENS SHUTDOWN!!!
15K views

YOU MUST SHOW ID TO OBTAIN PUBLIC RECORDS!!!
15K views

Denver Metro Audits
@DenverMetroAudits
74.5K subscribers 291 videos

If you don't know your rights, you d...

SHORTS LIVE PLAYLISTS COMMUNITY STORE CHANNELS ABOUT

YouTube

Sign in

26K views 162K views 1.9M views 24K views

Home
Shorts
Subscriptions

Library
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore

Shopping
Music
Movies & TV
Live
Gaming
News
Sports
Learning
Fashion & Beauty
Podcasts

Browse channels

More from YouTube

YouTube Premium
YouTube Music
YouTube Kids
YouTube TV

Settings
Report history
Help
Send feedback

About Press Copyright
Contact us Creators
Advertise Developers

PUBLIC EMPLOYEES AFRAID OF THEIR OWN SHADOW!!!...
25K views

SUPREME COURT DECISION ON RECORDING IN THE...
21K views

CLOWN OFFICER GETS DISMISSED!!!
30K views

DMA new outro
10K views

Empirical Miracle

Denver Metro Audits
@DenverMetroAudits
74.5K subscribers 291 videos

If you don't know your rights, you d...

SHORTS LIVE PLAYLISTS COMMUNITY STORE CHANNELS ABOUT

YouTube

Sign in

32K views 19K views 147K views 411K views 2

Home
Shorts
Subscriptions

Library
History

Sign in to like videos, comment, and subscribe.

Sign in

Explore
Trending
Shopping
Music
Movies & TV
Live
Gaming
News
Sports
Learning
Fashion & Beauty
Podcasts

Browse channels

More from YouTube
YouTube Premium
YouTube Music
YouTube Kids
YouTube TV

Settings
Report history
Help
Send feedback

About Press Copyright
Contact us Creators
Advertise Developers

SNOWFLAKES ARE MELTING at the DMV!!!
43K views

QUICK DRAW!!! LADY COP GRABS HER GUN for no...
77K views

HONOR YOUR OATH!!! Speed trap protest! Full video...
23K views

Lady cop goes HANDS ON!!! https://youtu.be/SHDF23ks1c
1.6M views



