EXHIBIT PLACEHOLDER

EXHIBIT 3

YOUTUBE VIDEO

INV_00000020