# EXHIBIT 4

Revenue for August 2, 2022 Video URL
(yYb5ZdzKG00.YouTube.Revenue)

*Records obtained from Google (produced in native format on March 9, 2023)*

| Date | Description | Amount (USD) |
|---|---|---:|
| 8/2/2022 | Earnings - YouTube | $ 47.94 |
| 8/2/2022 | Earnings - YouTube | $ 35.66 |
| 8/2/2022 | Earnings - YouTube | $ 453.60 |
| 8/3/2022 | Earnings - YouTube | $ 12.47 |
| 8/3/2022 | Earnings - YouTube | $ 8.51 |
| 8/4/2022 | Earnings - YouTube | $ 12.62 |
| 8/4/2022 | Earnings - YouTube | $ 2.67 |
| 8/5/2022 | Earnings - YouTube | $ 9.06 |
| 8/5/2022 | Earnings - YouTube | $ 1.29 |
| 8/6/2022 | Earnings - YouTube | $ 5.70 |
| 8/6/2022 | Earnings - YouTube | $ 1.05 |
| 8/7/2022 | Earnings - YouTube | $ 5.04 |
| 8/7/2022 | Earnings - YouTube | $ 1.39 |
| 8/8/2022 | Earnings - YouTube | $ 5.01 |
| 8/8/2022 | Earnings - YouTube | $ 1.42 |
| 8/9/2022 | Earnings - YouTube | $ 2.16 |
| 8/9/2022 | Earnings - YouTube | $ 0.77 |
| 8/10/2022 | Earnings - YouTube | $ 1.97 |
| 8/10/2022 | Earnings - YouTube | $ 0.51 |
| 8/11/2022 | Earnings - YouTube | $ 1.56 |
| 8/11/2022 | Earnings - YouTube | $ 0.41 |
| 8/12/2022 | Earnings - YouTube | $ 1.18 |
| 8/12/2022 | Earnings - YouTube | $ 0.44 |
| 8/13/2022 | Earnings - YouTube | $ 0.87 |
| 8/13/2022 | Earnings - YouTube | $ 0.08 |
| 8/14/2022 | Earnings - YouTube | $ 2.10 |
| 8/14/2022 | Earnings - YouTube | $ 0.64 |
| 8/15/2022 | Earnings - YouTube | $ 0.65 |
| 8/15/2022 | Earnings - YouTube | $ 0.24 |
| 8/16/2022 | Earnings - YouTube | $ 0.60 |
| 8/16/2022 | Earnings - YouTube | $ 0.13 |
| 8/17/2022 | Earnings - YouTube | $ 0.61 |
| 8/17/2022 | Earnings - YouTube | $ 0.10 |
| 8/18/2022 | Earnings - YouTube | $ 0.42 |
| 8/18/2022 | Earnings - YouTube | $ 0.02 |
| 8/19/2022 | Earnings - YouTube | $ 0.59 |
| 8/19/2022 | Earnings - YouTube | $ 0.08 |
| 8/20/2022 | Earnings - YouTube | $ 0.18 |
| 8/20/2022 | Earnings - YouTube | $ 0.09 |
| 8/21/2022 | Earnings - YouTube | $ 0.38 |
| 8/21/2022 | Earnings - YouTube | $ 0.13 |
| 8/22/2022 | Earnings - YouTube | $ 0.54 |
| 8/22/2022 | Earnings - YouTube | $ 0.03 |
| 8/23/2022 | Earnings - YouTube | $ 0.56 |
| 8/23/2022 | Earnings - YouTube | $ 0.03 |

Revenue for August 2, 2022 Video URL
(yYb5ZdzKG00.YouTube.Revenue)

| Date | Description | Amount (USD) |
|---:|---|---:|
| 8/24/2022 | Earnings - YouTube | $ 0.29 |
| 8/24/2022 | Earnings - YouTube | $ 0.02 |
| 8/25/2022 | Earnings - YouTube | $ 0.31 |
| 8/25/2022 | Earnings - YouTube | $ 0.11 |
| 8/26/2022 | Earnings - YouTube | $ 0.53 |
| 8/26/2022 | Earnings - YouTube | $ 0.13 |
| 8/27/2022 | Earnings - YouTube | $ 0.19 |
| 8/27/2022 | Earnings - YouTube | $ 0.12 |
| 8/28/2022 | Earnings - YouTube | $ 0.31 |
| 8/28/2022 | Earnings - YouTube | $ 0.02 |
| 8/29/2022 | Earnings - YouTube | $ 0.70 |
| 8/29/2022 | Earnings - YouTube | $ 0.16 |
| 8/30/2022 | Earnings - YouTube | $ 0.61 |
| 8/30/2022 | Earnings - YouTube | $ 0.10 |
| 8/31/2022 | Earnings - YouTube | $ 0.38 |
| 8/31/2022 | Earnings - YouTube | $ 0.30 |
| 9/1/2022 | Earnings - YouTube | $ 0.49 |
| 9/1/2022 | Earnings - YouTube | $ 0.04 |
| 9/1/2022 | Earnings - YouTube | $ 1.40 |
| 9/2/2022 | Earnings - YouTube | $ 0.43 |
| 9/2/2022 | Earnings - YouTube | $ 0.02 |
| 9/2/2022 | Earnings - YouTube | $ 14.79 |
| 9/3/2022 | Earnings - YouTube | $ 0.42 |
| 9/3/2022 | Earnings - YouTube | $ 0.19 |
| 9/4/2022 | Earnings - YouTube | $ 0.44 |
| 9/4/2022 | Earnings - YouTube | $ 0.39 |
| 9/5/2022 | Earnings - YouTube | $ 0.61 |
| 9/5/2022 | Earnings - YouTube | $ 0.06 |
| 9/6/2022 | Earnings - YouTube | $ 0.68 |
| 9/6/2022 | Earnings - YouTube | $ 0.13 |
| 9/7/2022 | Earnings - YouTube | $ 0.58 |
| 9/7/2022 | Earnings - YouTube | $ 0.12 |
| 9/8/2022 | Earnings - YouTube | $ 0.75 |
| 9/8/2022 | Earnings - YouTube | $ 0.08 |
| 9/9/2022 | Earnings - YouTube | $ 0.32 |
| 9/9/2022 | Earnings - YouTube | $ 0.07 |
| 9/10/2022 | Earnings - YouTube | $ 0.35 |
| 9/10/2022 | Earnings - YouTube | $ 0.07 |
| 9/11/2022 | Earnings - YouTube | $ 0.49 |
| 9/11/2022 | Earnings - YouTube | $ 0.15 |
| 9/12/2022 | Earnings - YouTube | $ 0.42 |
| 9/12/2022 | Earnings - YouTube | $ 0.15 |
| 9/13/2022 | Earnings - YouTube | $ 0.41 |
| 9/13/2022 | Earnings - YouTube | $ 0.23 |
| 9/14/2022 | Earnings - YouTube | $ 0.21 |
| 9/14/2022 | Earnings - YouTube | $ 0.06 |

Revenue for August 2, 2022 Video URL
(yYb5ZdzKG00.YouTube.Revenue)

| Date | Description | Amount (USD) |
|---:|---|---:|
| 9/15/2022 | Earnings - YouTube | $ 0.10 |
| 9/15/2022 | Earnings - YouTube | $ 0.11 |
| 9/16/2022 | Earnings - YouTube | $ 0.20 |
| 9/16/2022 | Earnings - YouTube | $ 0.03 |
| 9/17/2022 | Earnings - YouTube | $ 0.09 |
| 9/17/2022 | Earnings - YouTube | $ 0.02 |
| 9/18/2022 | Earnings - YouTube | $ 0.19 |
| 9/18/2022 | Earnings - YouTube | $ 0.05 |
| 9/19/2022 | Earnings - YouTube | $ 0.07 |
| 9/19/2022 | Earnings - YouTube | $ 0.02 |
| 9/20/2022 | Earnings - YouTube | $ 0.05 |
| 9/20/2022 | Earnings - YouTube | $ 0.06 |
| 9/21/2022 | Earnings - YouTube | $ 0.23 |
| 9/21/2022 | Earnings - YouTube | $ 0.02 |
| 9/22/2022 | Earnings - YouTube | $ 0.05 |
| 9/22/2022 | Earnings - YouTube | $ 0.08 |
| 9/23/2022 | Earnings - YouTube | $ 0.11 |
| 9/23/2022 | Earnings - YouTube | $ 0.02 |
| 9/24/2022 | Earnings - YouTube | $ 0.04 |
| 9/24/2022 | Earnings - YouTube | $ 0.00 |
| 9/25/2022 | Earnings - YouTube | $ 0.12 |
| 9/25/2022 | Earnings - YouTube | $ 0.02 |
| 9/26/2022 | Earnings - YouTube | $ 0.07 |
| 9/26/2022 | Earnings - YouTube | $ 0.01 |
| 9/27/2022 | Earnings - YouTube | $ 0.12 |
| 9/27/2022 | Earnings - YouTube | $ 0.01 |
| 9/28/2022 | Earnings - YouTube | $ 0.11 |
| 9/28/2022 | Earnings - YouTube | $ 0.04 |
| 9/29/2022 | Earnings - YouTube | $ 0.10 |
| 9/30/2022 | Earnings - YouTube | $ 0.11 |
| 9/30/2022 | Earnings - YouTube | $ 0.01 |
| 10/1/2022 | Earnings - YouTube | $ 0.09 |
| 10/1/2022 | Earnings - YouTube | $ 0.00 |
| 10/2/2022 | Earnings - YouTube | $ 0.01 |
| 10/2/2022 | Earnings - YouTube | $ 0.03 |
| 10/2/2022 | Earnings - YouTube | $ 14.68 |
| 10/3/2022 | Earnings - YouTube | $ 0.19 |
| 10/3/2022 | Earnings - YouTube | $ 0.01 |
| 10/4/2022 | Earnings - YouTube | $ 0.11 |
| 10/4/2022 | Earnings - YouTube | $ 0.08 |
| 10/5/2022 | Earnings - YouTube | $ 0.10 |
| 10/5/2022 | Earnings - YouTube | $ 0.00 |
| 10/6/2022 | Earnings - YouTube | $ 0.16 |
| 10/6/2022 | Earnings - YouTube | $ 0.13 |
| 10/7/2022 | Earnings - YouTube | $ 0.48 |
| 10/7/2022 | Earnings - YouTube | $ 0.18 |

Revenue for August 2, 2022 Video URL
(yYb5ZdzKG00.YouTube.Revenue)

| Date | Description | Amount (USD) |
|---:|---|---:|
| 10/8/2022 | Earnings - YouTube | $ 0.17 |
| 10/8/2022 | Earnings - YouTube | $ 0.14 |
| 10/9/2022 | Earnings - YouTube | $ 0.24 |
| 10/9/2022 | Earnings - YouTube | $ 0.17 |
| 10/10/2022 | Earnings - YouTube | $ 0.67 |
| 10/10/2022 | Earnings - YouTube | $ 0.12 |
| 10/11/2022 | Earnings - YouTube | $ 0.35 |
| 10/12/2022 | Earnings - YouTube | $ 0.26 |
| 10/13/2022 | Earnings - YouTube | $ 0.27 |
| 10/13/2022 | Earnings - YouTube | $ 0.05 |
| 10/14/2022 | Earnings - YouTube | $ 0.32 |
| 10/14/2022 | Earnings - YouTube | $ 0.04 |
| 10/15/2022 | Earnings - YouTube | $ 0.21 |
| 10/15/2022 | Earnings - YouTube | $ 0.03 |
| 10/16/2022 | Earnings - YouTube | $ 0.08 |
| 10/16/2022 | Earnings - YouTube | $ 0.09 |
| 10/17/2022 | Earnings - YouTube | $ 0.37 |
| 10/17/2022 | Earnings - YouTube | $ 0.11 |
| 10/18/2022 | Earnings - YouTube | $ 0.28 |
| 10/18/2022 | Earnings - YouTube | $ 0.03 |
| 10/19/2022 | Earnings - YouTube | $ 0.23 |
| 10/19/2022 | Earnings - YouTube | $ 0.20 |
| 10/20/2022 | Earnings - YouTube | $ 0.17 |
| 10/20/2022 | Earnings - YouTube | $ 0.11 |
| 10/21/2022 | Earnings - YouTube | $ 0.19 |
| 10/21/2022 | Earnings - YouTube | $ 0.07 |
| 10/22/2022 | Earnings - YouTube | $ 0.19 |
| 10/22/2022 | Earnings - YouTube | $ 0.14 |
| 10/23/2022 | Earnings - YouTube | $ 0.18 |
| 10/23/2022 | Earnings - YouTube | $ 0.00 |
| 10/24/2022 | Earnings - YouTube | $ 0.19 |
| 10/24/2022 | Earnings - YouTube | $ 0.03 |
| 10/25/2022 | Earnings - YouTube | $ 0.21 |
| 10/25/2022 | Earnings - YouTube | $ 0.00 |
| 10/26/2022 | Earnings - YouTube | $ 0.10 |
| 10/27/2022 | Earnings - YouTube | $ 0.16 |
| 10/27/2022 | Earnings - YouTube | $ 0.02 |
| 10/28/2022 | Earnings - YouTube | $ 0.16 |
| 10/28/2022 | Earnings - YouTube | $ 0.12 |
| 10/29/2022 | Earnings - YouTube | $ 0.06 |
| 10/29/2022 | Earnings - YouTube | $ 0.01 |
| 10/30/2022 | Earnings - YouTube | $ 0.06 |
| 10/31/2022 | Earnings - YouTube | $ 0.08 |
| 10/31/2022 | Earnings - YouTube | $ 0.07 |
| 11/1/2022 | Earnings - YouTube | $ 0.08 |
| 11/1/2022 | Earnings - YouTube | $ 0.03 |

Revenue for August 2, 2022 Video URL
(yYb5ZdzKG00.YouTube.Revenue)

| Date | Description | Amount (USD) |
|---|---|---|
| 11/2/2022 | Earnings - YouTube | $ 0.18 |
| 11/2/2022 | Earnings - YouTube | $ 0.02 |
| 11/2/2022 | Earnings - YouTube | $ 12.63 |
| 11/3/2022 | Earnings - YouTube | $ 0.06 |
| 11/3/2022 | Earnings - YouTube | $ 0.01 |
| 11/4/2022 | Earnings - YouTube | $ 0.13 |
| 11/4/2022 | Earnings - YouTube | $ 0.00 |
| 11/5/2022 | Earnings - YouTube | $ 0.08 |
| 11/6/2022 | Earnings - YouTube | $ 0.34 |
| 11/6/2022 | Earnings - YouTube | $ 0.05 |
| 11/7/2022 | Earnings - YouTube | $ 0.05 |
| 11/7/2022 | Earnings - YouTube | $ 0.02 |
| 11/8/2022 | Earnings - YouTube | $ 0.11 |
| 11/8/2022 | Earnings - YouTube | $ 0.00 |
| 11/9/2022 | Earnings - YouTube | $ 0.17 |
| 11/9/2022 | Earnings - YouTube | $ 0.04 |
| 11/10/2022 | Earnings - YouTube | $ 0.10 |
| 11/10/2022 | Earnings - YouTube | $ 0.03 |
| 11/11/2022 | Earnings - YouTube | $ 0.02 |
| 11/11/2022 | Earnings - YouTube | $ 0.00 |
| 11/12/2022 | Earnings - YouTube | $ 0.11 |
| 11/12/2022 | Earnings - YouTube | $ 0.02 |
| 11/13/2022 | Earnings - YouTube | $ 0.19 |
| 11/13/2022 | Earnings - YouTube | $ 0.17 |
| 11/14/2022 | Earnings - YouTube | $ 0.56 |
| 11/14/2022 | Earnings - YouTube | $ 0.04 |
| 11/15/2022 | Earnings - YouTube | $ 0.06 |
| 11/15/2022 | Earnings - YouTube | $ 0.00 |
| 11/16/2022 | Earnings - YouTube | $ 0.04 |
| 11/16/2022 | Earnings - YouTube | $ 0.01 |
| 11/17/2022 | Earnings - YouTube | $ 0.37 |
| 11/17/2022 | Earnings - YouTube | $ 0.06 |
| 11/18/2022 | Earnings - YouTube | $ 0.14 |
| 11/19/2022 | Earnings - YouTube | $ 0.03 |
| 11/19/2022 | Earnings - YouTube | $ 0.00 |
| 11/20/2022 | Earnings - YouTube | $ 0.07 |
| 11/20/2022 | Earnings - YouTube | $ 0.02 |
| 11/21/2022 | Earnings - YouTube | $ 0.30 |
| 11/21/2022 | Earnings - YouTube | $ 0.02 |
| 11/22/2022 | Earnings - YouTube | $ 0.26 |
| 11/22/2022 | Earnings - YouTube | $ 0.02 |
| 11/23/2022 | Earnings - YouTube | $ 0.20 |
| 11/23/2022 | Earnings - YouTube | $ 0.07 |
| 11/24/2022 | Earnings - YouTube | $ 0.42 |
| 11/24/2022 | Earnings - YouTube | $ 0.02 |
| 11/25/2022 | Earnings - YouTube | $ 0.22 |

Revenue for August 2, 2022 Video URL
(yYb5ZdzKG00.YouTube.Revenue)

| Date | Description | Amount (USD) |
|---|---|---|
| 11/25/2022 | Earnings - YouTube | $ 0.16 |
| 11/26/2022 | Earnings - YouTube | $ 0.07 |
| 11/26/2022 | Earnings - YouTube | $ 0.00 |
| 11/27/2022 | Earnings - YouTube | $ 0.36 |
| 11/27/2022 | Earnings - YouTube | $ 0.09 |
| 11/28/2022 | Earnings - YouTube | $ 0.14 |
| 11/28/2022 | Earnings - YouTube | $ 0.08 |
| 11/29/2022 | Earnings - YouTube | $ 0.08 |
| 11/29/2022 | Earnings - YouTube | $ 0.05 |
| 11/30/2022 | Earnings - YouTube | $ 0.11 |
| 11/30/2022 | Earnings - YouTube | $ 0.08 |
| 12/1/2022 | Earnings - YouTube | $ 0.09 |
| 12/1/2022 | Earnings - YouTube | $ 0.04 |
| 12/2/2022 | Earnings - YouTube | $ 0.04 |
| 12/2/2022 | Earnings - YouTube | $ 0.04 |
| 12/2/2022 | Earnings - YouTube | $ 12.76 |
| | **Total** | **$ 707.28** |