# EXHIBIT 5

Revenues by Month for Denver Metro Audits channel
(invoicing_transactions_625811375454.csv)

**Google records for Denver Metro Audits YouTube channel earnings (previously produced on March 9, 2023)**

| Date | Description | Amount | Currency |
|---|---|---|---|
| Jun 1, 2022 - Jun 30, 2022 | Earnings - YouTube | -2,072.63 | USD |
| Jul 1, 2022 - Jul 31, 2022 | Earnings - YouTube | -2,109.17 | USD |
| Aug 1, 2022 - Aug 31, 2022 | Earnings - YouTube | -2,718.78 | USD |
| Sep 1, 2022 - Sep 30, 2022 | Earnings - YouTube | -1,630.23 | USD |
| Oct 1, 2022 - Oct 31, 2022 | Earnings - YouTube | -1,874.04 | USD |
| Nov 1, 2022 - Nov 30, 2022 | Earnings - YouTube | -2,133.99 | USD |
| Dec 1, 2022 - Dec 31, 2022 | Earnings - YouTube | -3,223.69 | USD |