# EXHIBIT 6



YouTube

Search

Sign in

Top chat replay

$11.00   $10.00

there's no way they will let you go in, arrest coming unlawfully

Robert Wolfe II 🔧   MAD DOG

rising storm   I bet they have a clip board. proper important people

Ryan Holzinger   we have your back bro

Yogi Deeznutz   CALL FOR MORE BACKUP 🤣

Judd 🔧   ▶ Channel Long Island Audit https://www.youtube.com/c/LongIslandA...

Dunwoody01   I suspect they are just waiting for closing time to keep you out.

Nick H   All the G.O.A.T. are in here. @Fricn@MCC@Long Island@SJVT@Ninja@AfA@ Direct D

Judd 🔧   ▶ Channel Long Island Audit https://www.youtube.com/c/LongIslandA...

Judd 🔧   ▶ Channel Long Island Audit https://www.youtube.com/c/LongIslandA...

Steve Harloha 🔧   Sweet T AudiTs 👉 https://youtube.com/c/SweetTAudiTs 👈

The Forgiven Jerry   mad is is a synonym for crazy

Jeff from pnw   AI 👍👍

VSMOKE 🔧   @long Island audits you the man

Mari Lima   You're Mad Dog...HAHAHA

Hide chat replay

Play (k)

1:14:26 / 3:14:56

ARRESTED!!! For recording in the lobby at the Social Security Office!!!



≡ ▶ YouTube

Search 🔍 🎤

⋮  Sign in

Top chat replay ⌄  ⋮

me

Judd 🔧  🔥 FEEL FREE TO DONATE https://cash.app/$denvermetroaudits 🔥 https://www.paypal.me/paypalme/denve... 🔥 https://venmo.com/u/Denver-MetroAudits

John Alonzo  pee on the door man

Caesar Rodriguez  tell them you gotta peeeeeeed

Late Night with 702 🔧  what time is it there?

Gar B  U.S. auditor's are the best us 👏 GB

Richard lamb  with DHS there I'd try walking in to talk to them.

Nerffy  you forgot the voice

Suraj  you guys love this cop because you block me

Al Coppeta  call 911

News Now NINJA  Sci fi gtsy

Tim Laughlin  Lackluster is also Colorado!!

Azshire  Hey @LackLuster good to see the OG in here!!

Judd 🔧  🔥 FEEL FREE TO DONATE https://cash.app/$denvermetroaudits 🔥 https://www.paypal.me/paypalme/denve... 🔥 https://venmo.com/u/Denver-MetroAudits

The Salty Explorer 🔧 🪣  You need a pee bottle LOL

Hide chat replay

Play (k)

1:45:37 / 3:14:56

ARRESTED!!! For recording in the lobby at the Social Security Office!!!



# YouTube



3:04:29 / 3:14:56

**ARRESTED!!! For recording in the lobby at the Social Security Office!!!**

Top chat replay ⌄

$10.00

Jean Miehm  go in when he opend the door for someone

Ramblinrec 33  intense???

Tim Timms  SERVE DUNCAN DONUTS

Big Fan  Williams has gotten tattoos in an attempt to look tough. But still looks like a mamma's boy 🐼

pelon🔧  VICTOR ✌️😎

Maximus Decimus Meridius  GO HOME

Mini Apple 🍎🔧  Crazy stream

Susan Jolly  Chilli look better in pink

Paul Edwards  Handicap button

Chris Budesa🔧  feel free to exit

Artemus Quest  dress like a little old lady they won't suspect a thing

Accountability For All ✌️🔧
$10.00

CHILLE IS IS AN ALPHA, LETS HAVE CHILLE GO IN AND WE CAN FILM IT! NEVER REACHED OUT TO DMA BEFORE BUT WHEN HE HAS 4K IN CHAT CHILLE SHOWS UP T B RELEVANT. DMA IS A REAL ACTIVIST. CHILLE IS A SCAMMER

Hide chat replay

