# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER J. CORDOVA, <br><br> Defendant. | Criminal No. 22-PO-07015-MEH |

### ADDENDUM TO UNITED STATES' SENTENCING STATEMENT

The government's previous sentencing statement recommended 160 hours of community service and a $5,000 fine based on Cordova's repeated decision to put his YouTube fame and earnings over following the law and the privacy rights of others, both through publishing YouTube content celebrating each crime and by committing new petty crimes. At the time, the government's concern was that a criminal conviction had not deterred Cordova from further crimes but emboldened him to commit new petty crimes and find new ways to harass the public and officers committed to enforcing the law.

On the eve of sentencing, however, Cordova showed he still has not learned anything from his conviction by this Court. Today, on August 16, 2023, Cordova was arrested in Colorado Springs for conduct mirroring the crimes he committed at the Social Security office on August 2, 2022. At a Colorado Springs Utilities Commission building, he livestreamed despite a prohibition, disrupted agency business, and accosted a customer present with his young child. Cordova disregarded multiple security officer

warnings about the unlawfulness of his conduct and that he would be arrested if he did not stop livestreaming.  *See* Denver Metro Audits, *Denver Metro Audits is going live! Cops Called*!!!, https://www.youtube.com/watch?v=u87cNDdilI4 (accessed on August 16, 2023).  Based on the purposes of sentencing, including the need to deter further petty crimes, provide just punishment, and to restore respect for the law, his new arrest shows that a sentence of imprisonment is needed in this case.

As a result, the government now recommends that the Court sentence Cordova to a 20-day jail sentence and a $5,000 fine, for reasons laid out in the government's sentencing statement (ECF no. 23) and in this addendum.

Respectfully submitted this 16th day of August, 2023.

|  |  |
|---|---|
|  | COLE FINEGAN<br>United States Attorney |
| By: | *s/ Craig G. Fansler*<br>Craig G. Fansler<br>Thomas J. Minser<br>Assistant United States Attorneys<br>1801 California Street, Suite 1600<br>Denver, Colorado 80202<br>Tel: (303) 454-0100<br>Fax: (303) 454-0409<br>Craig.Fansler2@usdoj.gov<br>Thomas.Minser@usdoj.gov<br>Attorneys for the Government |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of August, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

          *s/ Craig G. Fansler*
          Craig G. Fansler
          Assistant United States Attorney
          United States Attorney's Office