IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-po-07015-MEH-1

UNITED STATES OF AMERICA,

     Plaintiff,

v.

CHRISTOPHER J. CORDOVA,

     Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, Chief U.S. Magistrate Judge, on October 15, 2024.**

     This matter comes before the Court on District Judge Nina Y. Wang's Order Affirming Convictions as to Defendant Christopher J. Cordova. *United States of America v. Cordova*, 23-cr-00453-NYW-MEH, ECF 60. Pursuant to that Order, this case is remanded back to me "for execution of the sentence." *Id*. at 19.

     Accordingly, Mr. Cordova shall appear in person on **October 22, 2024** at **10:30 a.m**. in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado for purposes of executing his sentence.